UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cuachtemoc Salgado, et al.,            Civil 10-2578 JNE/FLN

    Plaintiffs,

    v.                                          O R D E R

Cecilia Bellido and Drako Construction
Co., Inc.,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 7, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' applications for leave to proceed *in forma pauperis* [#2, 3, 4 and 5] are DENIED; and

2. This action is summarily DISMISSED for lack of subject matter jurisdiction, pursuant to Fed.R.Civ.P. 12(h)(3).

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: August 9, 2010.           s/ Joan N. Ericksen
at Minneapolis, Minnesota          JUDGE JOAN N. ERICKSEN
                                          United States District Court